UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-1909-FMO (AGRx) | Date | **February 16, 2022** |
|----------|------------------------|------|-----------------------|
| Title | **Breya Barello v. County of Los Angeles et al** | | |

Present: The Honorable **Fernando M. Olguin, United States District Judge**

| Gabriela Garcia | None Present |
|-----------------|--------------|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**        **(In Chambers) Order to Show Cause Re: Sanctions or Dismissal**

Pursuant to the Court's Order of November 24, 2021, the parties were required to complete a settlement conference before a private mediator no later than February 8, 2022  (See Dkt. 30, Court's Order of November 24, 2021, at 1).  If the case settled, the parties were required to file a Notice of Settlement no later than 24 hours after settlement.  (See id.).  Otherwise, the parties were required to file a Status Report Re: Settlement no later than 48 hours after the settlement conference was complete.  (See id.).

As of the filing date of this Order, neither a Notice of Settlement nor a Status Report Re: Settlement has been filed.  (See, generally, Dkt.).  Accordingly, IT IS ORDERED THAT, no later than **February 23, 2022**, the parties shall show cause in writing why sanctions should not be imposed for failure to comply with the Court's Order of November 24, 2021.  **Failure to submit a response to this Order by the deadline set forth above may result in the imposition of sanctions and/or dismissal of this action for lack of prosecution.**  See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962); Pagtalunan v. Galaza, 291 F.3d 639, 642 (9th Cir. 2002), cert. denied, 538 U.S. 909 (2003).

|  | 00 | : | 00 |
|--|----|---|----|
| Initials of Preparer | | gga | |